FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Plaintiff, v. THE PUBLIC NATIONAL BANK AND TRUST COMPANY, Defendant. THE HARRIMAN NATIONAL BANK AND TRUST COMPANY and Others, Impleaded, Defendants.

Supreme Court, New York County, May 5, 1932.

*Carter, Ledyard & Milburn [Malcom S. McNeal Watts* of counsel], for the impleaded defendant The Harriman National Bank and Trust Company, for the motion.

*Thomas E. White [Frank E. Davis* of counsel], for the plaintiff, opposed.

FRANKENTHALER, J. The plaintiff is not concerned with the controversy between the original defendant and the impleaded defendant (*Municipal Service Real Estate Company, Inc.,* v. *D. B. & M. Holding Corporation,* 257 N. Y. 423), and it would seem to follow that the provision of section 288 of the Civil Practice Act which permits an examination " of the original owner of a claim which constitutes, or from which arose, a cause of action acquired by the *adverse* party " (Italics mine) does not authorize an examination of the plaintiff's assignors. The motion for an examination is denied.